IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:21-CR-057-H-BU |
| BIG LAKE GAS PLANT, L.P. | |

## INFORMATION

The United States Attorney Charges:

Count One
Knowing Violation of the Clean Air Act
(Violation of 42 U.S.C. § 7413(c)(1))

In or about 2018, in the San Angelo Division of the Northern District of Texas, **Big Lake Gas Plant, L.P.**, defendant, the owner and operator of a stationary source, knowingly failed to update the Risk Management Plan of its Big Lake facility to reflect that this facility was subject to Program 3 requirements within six months of an accidental release of a regulated substance causing death and serious injury on or about April 14, 2018, as required under 40 C.F.R. § 68.190(b)(7).

In violation of Title 42, United States Code, Section 7413(c)(1).

<u>Count Two</u>
Negligent Endangerment
(Violation of 42 U.S.C. § 7413(c)(4))

On or about April 14, 2018, in the San Angelo Division of the Northern District of Texas, **Big Lake Gas Plant, L.P.**, defendant, a person and partnership, negligently released into the ambient air a hazardous air pollutant and extremely hazardous substance, thereby placing C.T. in imminent danger of death and serious bodily injury.

In violation of Title 42, United States Code, Section 7413(c)(4).

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_/s/ Sean J. Taylor_
SEAN J. TAYLOR
Special Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 24075147
600 East Taylor, Suite 2000
Sherman, Texas 75090
Telephone: 903/868-9454
Facsimile: 903/892-2792
sean.taylor@usdoj.gov